WILLIAM W. MORSMAN et al., Appellants, *v.* ETHEL A. BLACK et al., Respondents.

*Morsman* v. *Black*, 177 App. Div. 951, affirmed.
(Submitted May 2, 1919; decided May 20, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 4, 1917, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. The action was

in equity to set aside a deed conveying certain premises to the defendants herein upon the grounds of mental incapacity of the grantor, and undue influence exerted by the defendants, and that there was no delivery and acceptance of the deed in question.

*H. B. Butterfield* for appellants.

*Carlton E. Ladd* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.